MERRITT v. NIHART.

*Appeal from Des Moines District Court.*

11a  57
111  327

SATURDAY, OCTOBER 6.

LOWE C. J.—The plaintiff sues on two notes and de-
scribes them both in the same count, which is the error assign-
ed; the defendant claiming that the two notes constitute two
distinct causes of action, which can not be embodied in one
count. But with equal propriety the two notes or a half-
dozen may be regarded as making up in the aggregate one
cause of action. This even under the old practice was not
deemed multifarious. See *Stadler Bro's & Co.* v. *Parmlee &
Watts*, 10 Iowa 30.

Judgment affirmed.